UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20242-cr-MOORE

UNITED STATES OF AMERICA

vs.

HENDEL LAURENT,

      Defendant.
_____/

## FACTUAL PROFFER

The United States of America and Hendel Laurent (the "Defendant") agree that, were this case to proceed to trial, the United States would prove beyond a reasonable doubt the following facts, among others, which occurred in the Southern District of Florida:

From November 10, 2020 until November 15, 2020, the Defendant purchased 12 firearms in four (4) separate transactions at gun stores in South Florida. During each of these transactions, the Defendant completed an ATF Form 4473. The top of the first page of the ATF Form 4473 contains a warning that "Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment." On all four ATF Form 4473s, the Defendant wrote out his name, address, date of birth and other identifying information on first page, below this warning. The second page of the ATF Form 4473 contains a certification that "I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473." The Defendant signed his name below this certification on all four ATF Form 4473s. Thus, the Defendant knew that he could not export firearms without authorization from the United States Department of Commerce or United States Department of State.

On or about November 12, 2020, the Defendant purchased a Toyota 4Runner at an auction lot. The purchase paperwork indicates that the 4Runner was "For Export."

The Defendant wrapped 17 complete firearms in aluminum foil, and packed the firearms, a number of firearms magazines and ammunition into boxes which he put in the Toyota 4Runner. The Defendant's fingerprints were later recovered from the foil wrapping on the firearms.

The Defendant willfully and knowingly attempted to export the firearms to Haiti without obtaining the proper authorizations. On or about November 16, 2020, the Defendant delivered the Toyota 4Runner – loaded with firearms – to a marine shipping company where he arranged to have the Toyota 4Runner shipped to Cap Hatien Haiti in or about December of 2020. The Defendant was captured on the shipping company's surveillance cameras, and he left a copy of his driver's license and vehicle registration papers with the shipping company as part of the export process.

On or about December 8, 2020, United States Customs and Border Protection Officers conduced an outbound search of the Toyota 4Runner, and discovered the firearms, magazines and ammunition inside. The non-automatic and semi-automatic firearms equal to .50 caliber (12.7 mm) or less and detachable magazines with a capacity of greater than 16 rounds specially designed for those firearms, which were found in the 4Runner, are:

|    | Make / Model            | Serial Number |
|----|-------------------------|---------------|
| 1  | SMITH & WESSON, SD9VE   | FCV9944       |
| 2  | SMITH & WESSON, SD9VE   | FCV6351       |
| 3  | SMITH & WESSON, SD9VE   | FCV6205       |
| 4  | SMITH & WESSON, M&P 15  | TR09711       |
| 5  | SMITH & WESSON, M&P 15  | TR05210       |
| 6  | SMITH & WESSON, SD9VE   | FCW0137       |
| 7  | SMITH & WESSON, SD9VE   | FCV6344       |
| 8  | SMITH & WESSON, M&P 15  | TR07245       |
| 9  | SMITH & WESSON, M&P 15  | TR106042      |
| 10 | SMITH & WESSON, M&P 15  | TP89852       |
| 11 | Glock 19 gen 4          | AEPX967       |
| 12 | Taurus G3               | ABL140862     |
| 13 | Moriarit AR-15          | MA15-0101     |

|    | Make / Model                              | Serial Number |
|----|-------------------------------------------|---------------|
| 14 | Taurus G2C                                | TMR27183      |
| 15 | Taurus PT111                              | TXE78214      |
| 16 | Taurus PT809                              | TKM60574      |
| 17 | Ruger 9E-SC                               | 337-92460     |
| 18 | Two (2) MEC-GAR Magazines 17 RD 9mm       | None          |
| 19 | One (1) Promag Extended Magazine 30 RD 9mm| None          |
| 20 | Ten (10) Mag Pul P-mag Magazines 30 RD AR/M4 | None       |
| 21 | One (1) IK-520 Magazine 40 RD             | None          |

All of the items on this chart above are controlled for export on the Commerce Control List, and could not be exported to Haiti without a license or other written authorization by the United States Department of Commerce. The ammunition and Toyota 4Runner were being exported to facilitate the export of the items on this chart above. The firearms numbered 1-12 in the chart above, were the 12 firearms purchased by the Defendant at gun stores from November 10, 2020 until November 15, 2020.

At least two of the Mag Pul P-mag Magazines numbered 20 in the chart above, were in their original manufacturer plastic packaging which contains a printed export warning. Thus, the Defendant was warned that he could not export firearms magazines.

The United States Departments of Commerce and State have never authorized the Defendant to export firearms or magazines to Haiti. Indeed, they have never issued any license to the Defendant.

The Defendant reads and understands the English language. He passed an English proficiency test as part of his naturalization proceedings on or about March 13, 2012. Defendant became a tax preparer registered with United States Internal Revenue Service, and has filed hundreds of tax returns for other people.

The facts described above are not intended to be a complete recitation of the facts of this case and are merely intended to form a basis for the undersigned defendant's knowing, willful, and intentional plea of guilty.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 10/3/22   By: _____
HAYDEN P. O'BYRNE
ASSISTANT UNITED STATES ATTORNEY

Date: 10/3/22   By: _____
KENNETH PADOWITZ
ATTORNEY FOR DEFENDANT

Date: 10/03-22   By: _____
HENDEL LAURENT
DEFENDANT